# MorrisonCohen LLP

Gayle Pollack
Partner
(212) 735-8793
gpollack@morrisoncohen.com

March 22, 2021

**VIA ECF**    MEMO ENDORSED

Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   Capstone Asset Management Co., Ltd. v. Dearborn Capital Group LLC
      1:21-cv-00997 (DLC)

Your Honor:

We represent Defendants.  Pursuant to your individual practice rule I(E), I am writing to respectfully request a three-week adjournment of the initial pretrial conference.  The initial pretrial conference currently is scheduled for April 9, 2021.  The parties have not previously requested any adjournment of this conference.  Plaintiff does not object to Defendants' request.

Plaintiff filed this action on or about February 4, 2021.  Because counsel agreed to accept service on behalf of Defendants, Defendants' time to respond to the Complaint was extended to April 5, 2021, just four days before the initial pretrial conference currently is scheduled.  The parties already have started to confer about the action and discovery, but believe they will be able to engage in more meaningful discussions once Plaintiff has an opportunity to review Defendants' response to the Complaint.  For this reason, Defendants request a three-week adjournment of the initial pretrial conference.

Respectfully submitted,
/s/ Gayle Pollack

cc (via efiling):  Counsel of Record

```
The telephone conference is
adjourned to April 30 at 4 p.m.
So Ordered: 3/23/2021
```

_____
DENISE COTE
United States District Judge