UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAPSTONE ASSET MANAGEMENT CO, LTD.,

                      Plaintiff,

    -against-

DEARBORN CAPITAL GROUP LLC and
OREN RICHLAND,

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2021

21 CIVIL 997 (DLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 17, 2021, the defendants' April 5, 2021 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       September 20, 2021

                                                  RUBY J. KRAJICK

                                                  Clerk of Court
                      BY:
                                                  Deputy Clerk